Earl Gaither, Administrator of the Estate of Joyce M. Gaither, Deceased, and Earl Gaither, Plaintiffs-Appellants, v. Robert Stevenson, Defendant-Appellee.

Gen. No. 66–12.

Fifth District.

September 17, 1966.

Glenn & Logue, of Mattoon, for appellants; Jack E. Horsley and Richard F. Record, Jr., of Craig & Craig, of Mattoon, for appellee. Opinion by JUSTICE MORAN. Not to be published in full.